**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DAVIE HARRISON, SR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | No. 3:17-CV-2082-D |
| | § | |
| **BAYLOR UNIVERSITY MEDICAL** | § | |
| **CENTER AT DALLAS, ET AL.,** | § | |
| **Defendants.** | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on December 21, 2018. Plaintiff filed his objections on January 14, 2019. The undersigned district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore ordered that plaintiff's October 30, 2018 Rule 60(b) motion from a final judgment to set aside judgment for fraud upon the court is denied.

**SO ORDERED**.

January 15, 2019.


_____
SIDNEY A. FITZWATER
SENIOR JUDGE